■ In the Matter of MARVIN R. JAVITZ, a Disbarred Attorney.—Motion for reinstatement denied. Concur—Murphy, P. J., Sullivan, Milonas, Ross and Smith, JJ.

■ In the Matter of CHARLES E. MORRISON, a Suspended Attorney.—Petitioner's motion is granted, the Hearing Panel's recommendation is confirmed, and petitioner is reinstated to the practice of law effective March 24, 1992. Concur—Sullivan, J. P., Carro, Ross, Kassal and Smith, JJ.